IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHARLES A. FLOYD, #44309**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO. 4:05cv129TSL-AGN**

**LAWRENCE GREER**     **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  18th  day of January, 2006.


             /s/ Tom S. Lee
            UNITED STATES DISTRICT JUDGE